UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JARNAL SINGH, also known as JARNAIL SINGH,

Petitioner,

v.

MICHAEL B. MUKASEY, et al.,

Respondents.

CASE NO. C08-1083RSL-JPD

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2241 petition is DENIED, and this action is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

Dated this 19th day of August, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER